■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MATTESSICH, Appellant.—Adjudication insofar as it imposes sentence modified as a matter of discretion in the interest of justice (CPL 470.15, subd 2, par [c]; subd 3, par [c]), by reducing the sentence of an indeterminate term of imprisonment having a maximum of four years, to a definite term of one year, with appropriate credit for time served, and otherwise adjudication affirmed. All concur, except Simons, J. P., and Moule, J., who dissent and vote to affirm, in the following memorandum: We find no abuse of discretion. (Appeal from adjudication of Monroe Supreme Court—youthful offender.) Present—Simons, J. P., Hancock, Jr., Schnepp, Callahan and Moule, JJ.

■ SAMANTHA J. DEAN, Respondent, v THOMAS M. DEAN, Appellant.—Order unanimously affirmed, without costs. Memorandum: For the reasons stated in the decision at Trial Term, we affirm the provisions terminating joint custody, granting exclusive custody of the two girls to the mother, and authorizing the mother to move with the children to New York City. The court properly denied the requested downward modification of the child support provisions. We note that on the argument of the appeal petitioner voiced no opposition to expanded visitation. Accordingly we affirm without prejudice to an application by appellant for a modification of visitation provisions if so minded. (Appeal from order of Erie Supreme Court—modify custody.) Present—Simons, J. P., Hancock, Jr., Schnepp, Callahan and Moule, JJ.